676 A.2d 513

Adam SCHLOSSMAN

v.

STATE of Maryland.

No. 112, Sept. Term, 1995.

Court of Appeals of Maryland.

May 16, 1996.

Julia Doyle Bernhardt, Assistant Public Defender (Stephen E. Harris, Public Defender, on brief), Baltimore, for Petitioner.

Diane E. Keller, Assistant Attorney General (J. Joseph Curran, Jr., Attorney General, on brief), Baltimore, for Respondent.

Argued before MURPHY, C.J., and ELDRIDGE, RODOWSKY, CHASANOW, KARWACKI, BELL and RAKER, JJ.

## ORDER

PER CURIAM.

Prior report: 105 Md.App. 277, 659 A.2d 371.

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 16th day of May, 1996.

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.